**Law Offices of Stephen Abraham**
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorney for Defendants Tri Ung, Nany Teav

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC CLEVELAND**, an individual,<br><br>*Plaintiff*,<br><br>v.<br><br>**TRI UNG**, an individual; **NANY TEAV**, an individual; and DOES 1-10,<br><br>*Defendant*. | Case No. 2:21-cv-07885-GW-GJS<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)**<br><br>Honorable George H. Wu<br><br>United States Courthouse<br>350 West 1st Street<br>Courtroom 9D, 9th Floor<br>Los Angeles, CA, 90012<br><br>Date: Monday, February 14, 2022<br>Time: 8:30 a.m. |

To Plaintiff and his attorneys of record:

Please take notice that on February 14, 2022 at 8:30 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable George H. Wu, located at the United States Courthouse, 350 West 1st Street, Courtroom 9D, 9th Floor, Los Angeles, CA, 90012, Defendants Tri Ung and Nany Teav ("**Defendants**") will and hereby do move this Court for an order dismissing Plaintiff's federal claim pursuant to Federal Rule of Civil Procedure ("**FRCP**") 12(b)(1) on the grounds that the Court lacks subject matter jurisdiction and further

request that this Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims.

This motion is made on the grounds that Plaintiff has failed to adequately plead the existence of Article III standing and has failed to satisfy the requirement to adequately plead an injury-in-fact. This motion is made on the further grounds that the only conditions of the property upon which Plaintiff based his claims, federal or state, no longer exist if they ever did. As such, the basis for maintenance of this action does not exist.

Defendants' motion is brought pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the declarations and evidence concurrently filed, and such other evidence as may be admitted at the time of the hearing of the motion.

Dated: January 14, 2022        LAW OFFICES OF STEPHEN ABRAHAM

                               By:    /s/ Stephen E. Abraham
                                      Stephen E. Abraham
                                      Attorney for Defendants

Stephen E. Abraham
LAW OFFICES
1592 Pegasus Street
Newport Beach, CA 92660
(949) 878-8608

01 - Defendant's Notice of 12b Motion        2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS