# Site Accessibility Evaluation

## Americans with Disabilities Act
## And
## Title 24 And Part 2 - California Building Code



**Prepared By**



# Building Principles
### Certified Access Specialists

**(951) 526 - 7960**
**www.buildingprinciples.com**

**A&F Market**

**2569 Santa Fe Ave**
**Long Beach, CA 90810**

Accessibility Evaluation

*Inspection Date: 12/21/2021*
*Inspector: Jason James, CASp-479*

Powered by BlueDAG

## Parking

### Finding: 1

**Accessible parking is provided in compliance with applicable standards**

*2019 CBC 11B (CA) Section 11B-208.2.4*
*For every six or fraction of six parking spaces required by Section 11B-208.2 to comply with Section 11B-502, at least one shall be a van parking space complying with Section 11B-502.*

*2010 ADAS Section 208.2.4*
*For every six or fraction of six parking spaces required by 208.2 to comply with 502, at least one shall be a van parking space complying with 502.*

### Citation:

**2019 CBC 11B (CA) Section: 11B-208.2.4**

**2010 ADAS Section: 208.2.4**



**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





**Finding #1 Additional Finding Photos**





## Accessible Route

### Finding: 2

**The accessible route from the accessible parking meets applicable standards**

*2019 CBC 11B (CA) Section 11B-206.2.1*
*At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve. Where more than one route is provided, all routes must be accessible.*

### Citation:

**2019 CBC 11B (CA) Section: 11B-206.2.1**




COMPLIANT

**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





**Finding #2 Additional Finding Photos**





*A&F Market - 2569 Santa Fe Ave Long Beach, CA 90810*

**Building Principles**  
**(951) 526 - 7960**

www.buildingprinciples.com  
*Powered by BlueDAG*

**11 of 20**

## Accessible Route

### Finding: 3

**The maneuvering clearance at the entrance door exceeds 2% slope.  This is due to the difference in elevation from the exterior public sidewalk to the interior structural slab.**
**A level landing appears to be technically infeasible.**
**Equivalent facilitation has been provided by means of a door buzzer for entry assistance**

*2019 CBC 11B (CA) Section 11B-404.2.4.4*
*Floor or ground surface within required maneuvering clearances shall comply with Section 11B-302. Changes in level are not permitted.*

### Citation:

**2019 CBC 11B (CA) Section: 11B-404.2.4.4**



**Finding #3 Additional Finding Photos**





## Retail Area

### Finding: 4

**The sales and service counter meets applicable standards**

*2019 CBC 11B (CA) Section 11B-904.4*
*Sales counters and service counters shall comply with Section 11B-904.4.1 or 11B-904.4.2. The accessible portion of the counter top shall extend the same depth as the sales or service counter top.*

**Citation:**

**2019 CBC 11B (CA) Section: 11B-904.4**



COMPLIANT

**Finding #4 Additional Finding Photos**





## Retail Area

### Finding: 5

**The circulation aisles inside the store are compliant with applicable standards.**

**Circulation aisles shall not be less than 36 inches in clear width.**

*2019 CBC 11B (CA) Section 11B-403.5.1*
*Except as provided in Sections 11B-403.5.2 and 11B-403.5.3, the clear width of walking surfaces shall be 36 inches (914 mm) minimum.*

*2010 ADAS Section 403.5.1*
*Except as provided in 403.5.2 and 403.5.3, the clear width of walking surfaces shall be 36 inches (915 mm) minimum.*

### Citation:

**2019 CBC 11B (CA) Section: 11B-403.5.1**

**2010 ADAS Section: 403.5.1**





*A&F Market - 2569 Santa Fe Ave Long Beach, CA 90810*

**Finding #5 Additional Finding Photos**





**Finding #5 Additional Finding Photos**





**Finding #5 Additional Finding Photos**





*A&F Market - 2569 Santa Fe Ave Long Beach, CA 90810*

*Building Principles*
*(951) 526 - 7960*

*www.buildingprinciples.com*
*Powered by BlueDAG*

*19 of 20*

**Finding #5 Additional Finding Photos**



