1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| **ERIC CLEVELAND**, an individual<br><br>*Plaintiff*,<br><br>*v.*<br><br>**TRI UNG**, an individual; **NANY TEAV**, an individual; and DOES 1-10,<br><br>*Defendant*. | Case No. 2:21-cv-07885-GW-GJS<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1)**<br>Honorable George H. Wu<br><br>United States Courthouse<br>350 West 1st Street<br>Courtroom 9D, 9th Floor<br>Los Angeles, CA, 90012<br><br>Date: Monday, February 14, 2022<br>Time: 8:30 a.m. |

The motion of Defendants Tri Ung and Nany Teav for an order dismissing Plaintiff's federal claim pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(1) on the grounds that the Court lacks subject matter jurisdiction and further request that this Court decline to exercise supplemental jurisdiction over Plaintiff's state law claims came on for hearing before this Court. The matter was submitted.

1

1    After consideration of the briefs, and all other matters presented to the

2 Court, it is hereby ORDERED that Defendants' motion is GRANTED as to

3 Plaintiff's only federal claim for injunctive relief under the Americans with

4 Disabilities Act. It is further ordered that this Court declines to exercise

5 supplemental jurisdiction over Plaintiff's state law claims that are dismissed

6 without prejudice.

7    IT IS SO ORDERED

8

9    Dated:                          By: _____

                                              Hon. George H. Wu
10                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28